# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALLSTATE NEW JERSEY INSURANCE COMPANY, a/s/o John Generelli | : : : : | Civil Action No.: 3:24-cv-06671 |
| Plaintiff, | : : | |
| v. | : : | |
| ARCTIC AIR CONDITION, INC. | : : | |
| Defendant. | : | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Allstate New Jersey Insurance Company submits the following corporate disclosure statement:

1.   Plaintiff Allstate New Jersey Insurance Company is a non-governmental corporate entity.

2.   Plaintiff Allstate New Jersey Insurance Company is an indirect subsidiary of The Allstate Corporation, a publicly traded company.

3.   Plaintiff Allstate New Jersey Insurance Company is an Illinois Corporation with a principal place of business in Northbrook, Illinois.

Respectfully submitted,

/s/ Michael D. O'Donnell
Michael D. O'Donnell, Esq.
Attorney No.:  114572014
Cozen O'Connor, A Pennsylvania Professional Corporation
1010 Kings Highway South
Cherry Hill, NJ 08034
(856) 910-5000 (phone)
mdodonnell@cozen.com
*Counsel for Plaintiff Allstate New Jersey Insurance Company a/s/o John Generelli*